AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RODRICK FOSTER MCLEAL<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 4:22mj 97<br>)<br>)<br>) |

**FILED**
DEC - 1 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 21, 2022** in the county of _____ in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. Section 70503 | Manufacture, Distribution or Possession with Intent to Distribute a Controlled Substance on a Vessel |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Dusty Miller, Special Agent CGIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/01/2022

*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*